UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


VICTOR MARTINEZ,                    :
                                    :
        Petitoner                   :    No. 1:15-CV-01073
                                    :
    vs.                             :    (Judge Kane)
                                    :
BRIAN V. COLEMAN, ET AL.,           :
                                    :
        Respondents                 :

ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.   Martinez's petition for writ of habeas corpus is dismissed without prejudice for failure to exhaust state court remedies.

2.   The Clerk of Court shall close this case.

3.   There is no basis for the issuance of a certificate of appealability.


   S/ Yvette Kane
Yvette Kane
United States District Judge


Date: January 7, 2016